CHARLES E. McDOWELL, Respondent, *v.* THE NEW YORK AND SEA BEACH RAILWAY COMPANY, Appellant.

(Submitted March 18, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 2, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Jesse Johnson* for appellant.

*W. J. Gaynor* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.